■ DEBRA GOODWIN et al., Respondents, v NEW YORK STATE ELECTRIC & GAS CORPORATION, Defendant, and KAY M. EDDY, Appellant. (Appeal No. 2.) [710 NYS2d 286] —Amended order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cosgrove, J. (Appeal from Amended Order of Supreme Court, Cattaraugus County, Cosgrove, J.— Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Wisner and Kehoe, JJ.